# EXHIBIT B











Also Read:
Lucille Ball Scary Statue Replaced With a Less Nightmare-Inducing One




NY Blogger
@NYNYTweets4

Rodney Dangerfield's widow doesn't respect his tribute mural
#nynetnc #thrive obc bz/f33cv
1:32 PM · Mar 1, 2017

See NY Blogger's other Tweets

But according to the comedian's widow, while she approved a sample image provided by the artist, she also requested revisions, which weren't

search...



# Rodney Dangerfield's Widow Wants to Paint Over His Unflattering Tribute Mural

Comedy legend's widow says artist left the country without making requested revisions

Tim Kenneally | Last Updated: March 1, 2017 @ 6:24 PM



search...



*Getty Images*

More than a decade after his death, Rodney Dangerfield still gets no respect, it seems. Even in mural form.

The comedy legend's widow, Joan Dangerfield, wants to paint over a tribute mural she commissioned of her deceased husband, because she feels it doesn't do justice to the comedian.

The mural, in the Queens, New York, area of Kew Gardens — where Dangerfield spent part of his childhood — was painted by Italian artist Francesca Robicci from a photo that Dangerfield provided. Dangerfield also pitched in $1,000 to complete the project.

ADVERTISING

search...

---

## Also Read:

### Lucille Ball Scary' Statue Replaced With a Less Nightmare-Inducing One

---



 **NY Blogger**
@NYNYTweets4

Rodney Dangerfield's widow doesn't respect his tribute mural
#nymetro #bhive dld.bz/f333v

7:32 PM - Mar 1, 2017

1       See NY Blogger's other Tweets

But according to the comedian's widow, while she approved a sample image provided by the artist, she also requested revisions, which weren't made.

"The situation here is that the artist, she left the country before making the revisions

search...

After months of attempting to rectify the situation, Dangerfield said she's ready to throw up her hands.

**Also Read:**

New, Non-Horrifying Lucille Ball Statue to Replace Reviled Eyesore in Comedian's Hometown

"I tried for three months. I thought the only solution at this point was to have it painted over," Dangerfield said.

To be fair to Robicci, the artist created the image last year free of charge.

Rodney Dangerfield, known for his comedic catchphrase "I don't get no respect," died in October 2004 at age 82.

Show 1 Comment ▼

9 Comedians Who Could Host Trump's White House Correspondents' Dinner (Photos)

search...



1 of 14

Most of Hollywood hates the current President, but that shouldn't stop this crop from heading "Nerd Prom"

The White House Correspondents' Association will hold its annual dinner on April 29 at the Washington Hilton, but after President Trump had a hard time finding talent for his inauguration – who will host the event?

## View In Gallery

search...

## 'Samson' Makes Its Commercial Debut

FEATURED BY 

# RELATED CONTENT


CULTURE
Lucille Ball Scary' Statue Replaced With a Less Nightmare-Inducing One
By Rosemary Rossi | August 6, 2016 @ 12:50 PM


TV
New, Non-Horrifying Lucille Ball Statue to Replace Reviled Eyesore in Comedian's Hometown
By Tim Kenneally | August 1, 2016 @ 3:12 PM


TV
Lucille Ball's Upstate New York Hometown Wants Frightening Statue Removed
By Itay Hod | April 4, 2015 @ 10:16 AM



search...



MOVIES
The 10 Most Terrifying Shots of Superman's CGI Mouth in 'Justice League' (Photos)



MEDIA
Ex-Playboy Playmate Karen McDougal Says She Had 9-Month Affair With Trump – And Deal to Keep Quiet



MOVIES
Jeffrey Tambor Disappeared From 'Stalin' Movie Poster



TV
Sorry, George RR Martin Says You're Not Getting 'Winds of Winter' This Year Either



MOVIES
'Black Panther' Claws to Record $25.2 Million at Thursday Box Office

search...



**FEATURED VIDEO –
SPONSORED**



search...

### INFORMATION

Masthead

Newsletter Subscription

About Us

CollegeWrap Magazines

OscarWrap Magazines

EmmyWrap Magazines

CannesWrap Magazines

Fall TV Preview

Popular Article Tags

Press Releases

Contact

Advertise With Us

Jobs

### FEATURED BLOGS

Waxword

Steve Pond

Alonso Duralde

Media Alley

BE Conference Blog

Party Report

TheGrill Conference

Obits

### CONNECT

Facebook

Twitter

YouTube

Case 1:18-cv-01455-PAE   Document 1-2   Filed 02/16/18   Page 12 of 21

search...

Case 1:18-cv-01455-PAE   Document 1-2   Filed 02/16/18   Page 18 of 21

Case 1:18-cv-01455-PAE Document 1-2 Filed 02/16/18 Page 19 of 21